IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | Civil Action No. MDL 875 |
| MOSS v. A.W. CHESTERTON COMPANY et al | E.D. PA Case No. 11-CV-64233<br>Trans from WI-W Case No. 11-0054 |

Order

FILED
OCT 10 2013
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

This matter coming to be heard upon Plaintiff's Motion to Appoint Special Administrator, it is hereby ORDERED that Plaintiff's motion is GRANTED. Jane M. Moss is appointed special administrator.

IT IS SO ORDERED.

Dated: 10/9/13

Hon. Eduardo C. Robreno
U.S. District Court Judge

ENTERED
OCT 15 2013
CLERK OF COURT